UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH SEKORA, a single man,

Plaintiff,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF THE AIR FORCE

Defendants.

NO. 2:14-cv-00449-JLR

STIPULATION AND ORDER OF DISMISSAL

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the above cause of action should be dismissed with prejudice and without costs to either party.

Dated this 12 day of ~~May~~ June, 2017.

_____
Timothy A. Reid, WSBA #13840
Attorney for Plaintiff
Law Office of Timothy A. Reid
605 East Sunset Way, Suite 100
Issaquah, WA 98027
425-313-9414
Tim@reidlegal.com

STIPULATION AND ORDER OF DISMISSAL- 1

**LAW OFFICE OF TIMOTHY REID, P.S.**
605 EAST SUNSET WAY, SUITE 100
ISSAQUAH, WA 98027
TEL: (425) 313-9414  FAX: (425) 557-0542

_____
Sarah K. Morehead, WSBA # 29680
Attorney for Defendants
U.S. Attorney's Office
700 Stewart St., Ste. 5220
Seattle, WA 98101
206-553-7970

## ORDER OF DISMISSAL

Pursuant to the foregoing Stipulation, it appears that the parties have agreed that the above entitled cause, including any and all claims, counter-claims, cross-claims, and other claims of any nature, should be dismissed with prejudice and without costs

IT IS HEREBY ORDERED that the above entitled cause and claims are hereby dismissed with prejudice and without cost to any of the parties.

DATED this 13th day of June, 2017.

_____
JUDGE JAMES L. ROBART

Presented by:

_____
Timothy A. Reid, WSBA #13840
Attorney for Plaintiff

Copy received; notice of presentment waived:

_____
Sarah K. Morehead, WSBA # 29680
Attorney for Defendants

_____
Keith Sekora, Plaintiff

STIPULATION AND ORDER OF DISMISSAL- 2

LAW OFFICE OF TIMOTHY REID, P.S.
605 EAST SUNSET WAY, SUITE 100
ISSAQUAH, WA 98027
TEL: (425) 313-9414  FAX: (425) 557-0542